UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHAUL NEPANTLA TONATIUH CHIQUETE LOPEZ,<br><br>                    Petitioner,<br><br>          v.<br><br>FERRETI SEMAIA, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-01801-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1.    The petition is granted;

2.    Respondents are enjoined from continuing to detain Petitioner unless no later than **April 29, 2026**, he is provided with a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a); and

3.    The Clerk of Court is directed to close this case.

DATED: April 21, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE